VORYS, SATER, SEYMOUR AND PEASE LLP
Shane T. Micheil (SBN 312460)
  stmicheil@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Telephone: (949) 531-4493
Facsimile: (949) 531-4493

Attorneys for Plaintiffs SAKURA COLOR PRODUCTS OF AMERICA, INC. and SAKURA COLOR PRODUCTS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKURA COLOR PRODUCTS OF AMERICA, INC. d/b/a SAKURA OF AMERICA, a California corporation, and SAKURA COLOR PRODUCTS CORPORATION, a Japanese corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SUPPLIES PLS LLC, a New York limited liability company, LEIB LEFKOWITZ, a natural person, and JOHN DOES 1-10,<br><br>Defendants. | Case No:<br><br>**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

  (1) Sakura Color Products of America, Inc. d/b/a Sakura of America – Plaintiff; financial interest;

  (2) Sakura Color Products Corporation – Plaintiff; financial interest;

  (3) Supplies Pls LLC – Defendant; financial interest;

1 | (4) Leib Lefkowitz – Defendant; financial interest.

3 | DATED: May 26, 2023                VORYS, SATER, SEYMOUR AND PEASE LLP

By: /s/ *Shane T. Micheil*
Shane T. Micheil
Attorneys for Plaintiffs SAKURA
COLOR PRODUCTS OF AMERICA,
INC. and SAKURA COLOR PRODUCTS
CORPORATION

**PLAINTIFFS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**