Tyler R. Dowdall (Bar No. 258950)
*tdowdall@tarterkrinsky.com*
TARTER KRINSKY & DROGIN LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

Tuvia Rotberg (*pro hac vice forthcoming*)
*trotberg@tarterkrinsky.com*
Mark Berkowitz (*pro hac vice forthcoming*)
*mberkowitz@tarterkrinsky.com*
Eliezer Lekht (*pro hac vice forthcoming*)
*elekht@tarterkrinsky.com*
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel: (212) 216-8000

***Attorneys for Defendants***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAKURA COLOR PRODUCTS OF AMERICA, INC. d/b/a SAKURA OF AMERICA, a California corporation, and SAKURA COLOR PRODUCTS CORPORATION, a Japanese corporation,<br><br>       Plaintiffs,<br><br>       v.<br><br>SUPPLIES PLS LLC, a New York limited liability company, LEIB LEFKOWITZ, a natural person, and JOHN DOES 1-10,<br><br>       Defendants. | Case No: 4:23-cv-02643-JSW<br><br>**ANSWER TO COMPLAINT**<br><br>Honorable Jeffrey S. White |

Defendants SUPPLIES PLS LLC ("Supplies PLS") and Leib Lefkowitz ("Leib" and collectively with Supplies PLS, the "Defendants"), hereby answer the Complaint ("Complaint") of Plaintiffs SAKURA COLOR PRODUCTS OF AMERICA, INC. d/b/a SAKURA OF AMERICA ("Sakura America"), a California corporation and SAKURA COLOR PRODUCTS CORPORATION, a Japanese corporation ("Sakura Japan") (collectively, "Plaintiffs") as set forth below.   In response to all paragraphs of the Complaint, Defendants deny each and every allegation except as expressly admitted herein.   Defendants respond specifically to Plaintiffs' averments as follows:

## **PARTIES**

1.      Defendants lack information or belief sufficient to answer the allegations of paragraph "1" of the Complaint in that they presently lack sufficient knowledge or information as to Plaintiff's status as a corporate entity, and on that basis, deny them.

2.      Defendants lack information or belief sufficient to answer the allegations of paragraph "2" of the Complaint in that they presently lack sufficient knowledge or information as to Plaintiff's status as a corporate entity, and on that basis, deny them.

3.      Defendants admit that it is a limited liability company organized under the laws of New York.  Defendants also admit that Supplies Pls owns and operates the "Supplies Plus" storefront on www.amazon.com ("Amazon").  Defendants deny the remaining allegations of paragraph "3" of the Complaint.

4.      Defendants admit that Defendant Leib is a natural person residing in New York.  Defendants deny that Leib Lefkowitz operates or assists in the operation of the "Supplies Plus" Amazon Storefront or does business throughout the United States through the Amazon Storefront. Defendants deny the remaining allegations of paragraph "4" of the Complaint in that he presently lacks sufficient knowledge or information upon which to form a belief as to the truth thereof.

5.    Defendants admit that the business name is SUPPLIES PLS LLC. Defendants deny the remaining allegations of paragraph "5" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

6.    Defendants deny the allegations of paragraph "6" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

7.    Defendants deny the allegations of paragraph "7" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

8.    Defendants deny the allegations of paragraph "8" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

9.    Defendants deny the allegations of paragraph "9" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

10.    Defendants deny the allegations of paragraph "10" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

11.    Defendants deny the allegations of paragraph "11" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

12.    Defendants deny the allegations of paragraph "12" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

## JURISDICTION AND VENUE

13.    Defendants admit that the Court has subject matter jurisdiction over this action.

14.    Defendants deny that this Court has personal jurisdiction over the Defendants because the Complaint admits that the Defendants reside in New York. Defendants deny the remaining allegations of paragraph "14" of the Complaint.

## VENUE

15.    Defendants deny the allegations of paragraph "15" of the Complaint.

090581\2\170348349.v1

1

## **FACTUAL ALLEGATIONS**

2

### **Plaintiffs and Their Trademarks**

3

16.    Defendants deny the allegations of paragraph "16" of the Complaint

4

because they lack information or belief sufficient to answer the allegations thereof.

5

17.    Defendants deny the allegations of paragraph "17" of the Complaint

6

because they lack information or belief sufficient to answer the allegations thereof.

7

18.    Defendants deny the allegations of paragraph "18" of the Complaint

8

because they lack information or belief sufficient to answer the allegations thereof.

9

19.    Defendants deny the allegations of paragraph "19" of the Complaint

10

because they lack information or belief sufficient to answer the allegations thereof.

11

20.    Defendants deny the allegations of paragraph "20" of the Complaint

12

because they lack information or belief sufficient to answer the allegations thereof.

13

21.    Defendants deny the allegations of paragraph "21" of the Complaint

14

because they lack information or belief sufficient to answer the allegations thereof.

15

22.    Defendants deny the allegations of paragraph "22" of the Complaint

16

because they lack information or belief sufficient to answer the allegations thereof.

17

23.    Defendants deny the allegations of paragraph "23" of the Complaint

18

because they lack information or belief sufficient to answer the allegations thereof.

19

24.    Defendants deny the allegations of paragraph "24" of the Complaint

20

because they lack information or belief sufficient to answer the allegations thereof.

21

25.    Defendants deny the allegations of paragraph "25" of the Complaint

22

because they lack information or belief sufficient to answer the allegations thereof.

23

26.    Defendants deny the allegations of paragraph "26" of the Complaint

24

because they lack information or belief sufficient to answer the allegations thereof.

25

27.    Defendants deny the allegations of paragraph "27" of the Complaint

26

because they lack information or belief sufficient to answer the allegations thereof.

27

28.    Defendants deny the allegations of paragraph "28" of the Complaint

28

because they lack information or belief sufficient to answer the allegations thereof.

29.    Defendants deny the allegations of paragraph "29" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

30.    Defendants deny the allegations of paragraph "30" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

31.    Defendants deny the allegations of paragraph "31" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

32.    Defendants deny the allegations of paragraph "32" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

33.    Defendants deny the allegations of paragraph "33" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

34.    Defendants deny the allegations of paragraph "34" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

35.    Defendants deny the allegations of paragraph "35" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

36.    Defendants deny the allegations of paragraph "36" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

37.    Defendants deny the allegations of paragraph "37" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

38.    Defendants deny the allegations of paragraph "38" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

39.    Defendants deny the allegations of paragraph "39" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

40.    Defendants deny the allegations of paragraph "40" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

41.    Defendants deny the allegations of paragraph "41" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

42.    Defendants deny the allegations of paragraph "42" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

43.    Defendants deny the allegations of paragraph "43" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

44.    Defendants admit that paragraph "44" of the Complaint includes a screenshot of a product that Defendants listed.   Defendants deny the remaining allegations of this paragraph.

45.    Defendants deny the allegations of paragraph "45" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

46.    Defendants admit that paragraph "46" of the Complaint includes a screenshot of a product that Defendants listed. Defendants deny the remaining allegations of this paragraph.

47.    Defendants deny the allegations of paragraph "47" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

48.    Defendants admit that paragraph "48" of the Complaint includes a screenshot of a product that Defendants listed. Defendants deny the remaining allegations of this paragraph.

49.    Defendants deny the allegations of paragraph "49" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

50.    Defendants admit that paragraph "50" of the Complaint includes a screenshot of a product that Defendants listed. Defendants deny the remaining allegations of this paragraph.

51.    Defendants deny the allegations of paragraph "51" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

52.    Defendants admit that paragraph "52" of the Complaint includes a screenshot of a product that Defendants listed. Defendants deny the remaining allegations of this paragraph.

53.    Defendants deny the allegations of paragraph "53" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

54. Defendants deny the allegations of paragraph "54" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

55. Defendants deny the allegations of paragraph "55" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

56. Defendants deny the allegations of paragraph "56" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

57. Defendants deny the allegations of paragraph "57" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

58. Defendants deny the allegations of paragraph "58" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

59. Defendants deny the allegations of paragraph "59" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

60. Defendants deny the allegations of paragraph "60" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

61. Defendants deny the allegations of paragraph "61" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

62. Defendants deny the allegations of paragraph "62" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

63. Defendants deny the allegations of paragraph "63" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

64. Defendants deny the allegations of paragraph "64" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

65. Defendants deny the allegations of paragraph "65" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

66. Defendants deny the allegations of paragraph "66" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

67. Defendants deny the allegations of paragraph "67" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

*ANSWER TO COMPLAINT*

090581\2\170348349.v1

68.   Defendants deny the allegations of paragraph "68" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

69.   Defendants deny the allegations of paragraph "69" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

70.   Defendants deny the allegations of paragraph "70" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

71.   Defendants deny the allegations of paragraph "71" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

72.   Defendants deny the allegations of paragraph "72" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

73.   Defendants deny the allegations of paragraph "73" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

74.   Defendants deny the allegations of paragraph "74" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

75.   Defendants deny the allegations of paragraph "75" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

76.   Defendants deny the allegations of paragraph "76" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

77.   Defendants deny the allegations of paragraph "77" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

78.   Defendants deny the allegations of paragraph "78" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

79.   Defendants deny the allegations of paragraph "79" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

80.   Defendants deny the allegations of paragraph "80" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

81.   Defendants deny the allegations of paragraph "81" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

*ANSWER TO COMPLAINT*

090581\2\170348349.v1

82.   Defendants deny the allegations of paragraph "82" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

83.   Defendants deny the allegations of paragraph "83" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

84.   Defendants deny the allegations of paragraph "84" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

85.   Defendants deny the allegations of paragraph "85" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

86.   Defendants deny the allegations of paragraph "86" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

87.   Defendants deny the allegations of paragraph "87" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

88.   Defendants deny the allegations of paragraph "88" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

89.   Defendants deny the allegations of paragraph "89" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

90.   Defendants deny the allegations of paragraph "90" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

91.   Defendants deny the allegations of paragraph "91" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

92.   Defendants deny the allegations of paragraph "92" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

93.   Defendants deny the allegations of paragraph "93" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

94.   Defendants deny the allegations of paragraph "94" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

95.   Defendants deny the allegations of paragraph "95" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

090581\2\170348349.v1

96.   Defendants deny the allegations of paragraph "96" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

97.   Defendants deny the allegations of paragraph "97" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

98.   Defendants deny the allegations of paragraph "98" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

99.   Defendants deny the allegations of paragraph "99" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

100. Defendants deny the allegations of paragraph "100" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

101. Defendants deny the allegations of paragraph "101" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

102. Defendants deny the allegations of paragraph "102" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

103. Defendants deny the allegations of paragraph "103" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

104. Defendants deny the allegations of paragraph "104" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

105. Defendants deny the allegations of paragraph "105" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

106. Defendants deny the allegations of paragraph "106" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

107. Defendants deny the allegations of paragraph "107" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

108. Defendants deny the allegations of paragraph "108" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

109. Defendants deny the allegations of paragraph "109" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

110. Defendants deny the allegations of paragraph "110" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

111. Defendants deny the allegations of paragraph "111" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

112. Defendants deny the allegations of paragraph "112" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

113. Defendants deny the allegations of paragraph "113" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

114. Defendants deny the allegations of paragraph "114" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

115. Defendants deny the allegations of paragraph "115" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

116. Defendants deny the allegations of paragraph "116" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

117. Defendants deny the allegations of paragraph "117" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

118. Defendants deny the allegations of paragraph "118" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

119. Defendants deny the allegations of paragraph "119" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

120. Defendants deny the allegations of paragraph "120" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

121. Defendants deny the allegations of paragraph "121" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

122. Defendants deny the allegations of paragraph "122" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

123. Defendants deny the allegations of paragraph "123" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

124. Defendants deny the allegations of paragraph "124" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

125. Defendants deny the allegations of paragraph "125" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

126. Defendants deny the allegations of paragraph "126" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

127. Defendants deny the allegations of paragraph "127" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

128. Defendants deny the allegations of paragraph "128" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

129. Defendants deny the allegations of paragraph "129" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

130. Defendants deny the allegations of paragraph "130" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

131. Defendants deny the allegations of paragraph "131" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

132. Defendants deny the allegations of paragraph "132" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

133. Defendants deny the allegations of paragraph "133" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

134. Defendants deny the allegations of paragraph "134" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

135. Defendants deny the allegations of paragraph "135" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

136. Defendants deny the allegations of paragraph "136" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

137. Defendants deny the allegations of paragraph "137" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

138. Defendants deny the allegations of paragraph "138" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

139. Defendants deny the allegations of paragraph "139" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

140. Defendants deny the allegations of paragraph "140" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

141. Defendants deny the allegations of paragraph "141" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

142. Defendants deny the allegations of paragraph "142" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

143. Defendants deny the allegations of paragraph "143" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

144. Defendants deny the allegations of paragraph "144" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

145. Defendants deny the allegations of paragraph "145" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

146. Defendants deny the allegations of paragraph "146" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

147. Defendants deny the allegations of paragraph "147" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

148. Defendants deny the allegations of paragraph "148" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

149. Defendants deny the allegations of paragraph "149" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

150. Defendants deny the allegations of paragraph "150" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

151. Defendants deny the allegations of paragraph "151" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

090581\2\170348349.v1

152. Defendants deny the allegations of paragraph "152" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

153. Defendants deny the allegations of paragraph "153" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

154. Defendants deny the allegations of paragraph "154" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

155. Defendants deny the allegations of paragraph "155" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

156. Defendants deny the allegations of paragraph "156" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

157. Defendants deny the allegations of paragraph "157" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

158. Defendants deny the allegations of paragraph "158" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

159. Defendants deny the allegations of paragraph "159" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

160. Defendants deny the allegations of paragraph "160" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

161. Defendants deny the allegations of paragraph "161" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

162. Defendants deny the allegations of paragraph "162" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

163. Defendants deny the allegations of paragraph "163" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

164. Defendants deny the allegations of paragraph "164" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

165. Defendants deny the allegations of paragraph "165" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

090581\2\170348349.v1

166. Defendants deny the allegations of paragraph "166" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

167. Defendants deny the allegations of paragraph "167" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

168. Defendants deny the allegations of paragraph "168" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

169. Defendants deny the allegations of paragraph "169" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

170. Defendants deny the allegations of paragraph "170" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

171. Defendants deny the allegations of paragraph "171" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

172. Defendants deny the allegations of paragraph "172" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

173. Defendants deny the allegations of paragraph "173" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

174. Defendants deny the allegations of paragraph "174" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

175. Defendants deny the allegations of paragraph "175" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

## FIRST CAUSE OF ACTION

### Trademark Infringement

### 15 U.S.C. §§ 1114 and 1125(a)(1)(A)

176. Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph "176" of the Complaint herein with the same force and effect as though set forth at length.

177. Defendants deny the allegations of paragraph "177" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

090581\2\170348349.v1

178. Defendants deny the allegations of paragraph "178" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

179. Defendants deny the allegations of paragraph "179" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

180. Defendants deny the allegations of paragraph "180" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

181. Defendants deny the allegations of paragraph "181" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

182. Defendants deny the allegations of paragraph "182" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

183. Defendants deny the allegations of paragraph "183" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

184. Defendants deny the allegations of paragraph "184" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

185. Defendants deny the allegations of paragraph "185" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

186. Defendants deny the allegations of paragraph "186" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

187. Defendants deny the allegations of paragraph "187" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

188. Defendants deny the allegations of paragraph "188" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

189. Defendants deny the allegations of paragraph "189" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

190. Defendants deny the allegations of paragraph "190" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

191. Defendants deny the allegations of paragraph "191" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

**SECOND CAUSE OF ACTION**

**Unfair Competition**

**15 U.S.C. § 1125(a)(1)(A)**

192. Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph "192" of the Complaint herein with the same force and effect as though set forth at length.

193. Defendants deny the allegations of paragraph "193" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

194. Defendants deny the allegations of paragraph "194" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

195. Defendants deny the allegations of paragraph "195" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

196. Defendants deny the allegations of paragraph "196" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

197. Defendants deny the allegations of paragraph "197" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

198. Defendants deny the allegations of paragraph "198" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

199. Defendants deny the allegations of paragraph "199" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

200. Defendants deny the allegations of paragraph "200" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

201. Defendants deny the allegations of paragraph "201" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

202. Defendants deny the allegations of paragraph "202" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

## **THIRD CAUSE OF ACTION**

### **False Advertising**

### **15 U.S.C. §§ 1114 and 1125(a)(1)(B)**

203. Defendants deny the allegations of paragraph "203" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

204. Defendants deny the allegations of paragraph "204" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

205. Defendants deny the allegations of paragraph "205" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

206. Defendants deny the allegations of paragraph "206" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

207. Defendants deny the allegations of paragraph "207" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

208. Defendants deny the allegations of paragraph "208" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

209. Defendants deny the allegations of paragraph "209" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

210. Defendants deny the allegations of paragraph "210" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

211. Defendants deny the allegations of paragraph "211" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

212. Defendants deny the allegations of paragraph "212" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

213. Defendants deny the allegations of paragraph "213" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

214. Defendants deny the allegations of paragraph "214" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

215. Defendants deny the allegations of paragraph "215" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

216. Defendants deny the allegations of paragraph "216" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

217. Defendants deny the allegations of paragraph "217" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

218. Defendants deny the allegations of paragraph "218" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

219. Defendants deny the allegations of paragraph "219" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

220. Defendants deny the allegations of paragraph "220" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

221. Defendants deny the allegations of paragraph "221" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

222. Defendants deny the allegations of paragraph "222" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

223. Defendants deny the allegations of paragraph "223" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

224. Defendants deny the allegations of paragraph "224" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

225. Defendants deny the allegations of paragraph "225" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

## **FOURTH CAUSE OF ACTION**

### **Violation of Cal. Bus. & Prof. Code § 17200, et seq.**

226. Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph "226" of the Complaint herein with the same force and effect as though set forth at length.

*ANSWER TO COMPLAINT*

Case No: 4:23-cv-02643-JSW

090581\2\170348349.v1

227. Defendants deny the allegations of paragraph "227" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

228. Defendants deny the allegations of paragraph "228" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

229. Defendants deny the allegations of paragraph "229" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

230. Defendants deny the allegations of paragraph "230" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

231. Defendants deny the allegations of paragraph "231" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

232. Defendants deny the allegations of paragraph "232" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

233. Defendants deny the allegations of paragraph "233" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

234. Defendants deny the allegations of paragraph "234" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

235. Defendants deny the allegations of paragraph "235" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

236. Defendants deny the allegations of paragraph "236" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

237. Defendants deny the allegations of paragraph "237" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

238. Defendants deny the allegations of paragraph "238" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

090581\2\170348349.v1

## FIFTH CAUSE OF ACTION

### Common Law Unfair Competition

239. Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph "239" of the Complaint herein with the same force and effect as though set forth at length.

240. Defendants deny the allegations of paragraph "240" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

241. Defendants deny the allegations of paragraph "241" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

242. Defendants deny the allegations of paragraph "242" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

243. Defendants deny the allegations of paragraph "243" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

244. Defendants deny the allegations of paragraph "244" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

245. Defendants deny the allegations of paragraph "245" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

246. Defendants deny the allegations of paragraph "246" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

247. Defendants deny the allegations of paragraph "247" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

248. Defendants deny the allegations of paragraph "248" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

## SIXTH CAUSE OF ACTION

### Intentional Interference with Contractual Relations

249. Defendants repeat and reiterate each and every one of the foregoing answers in response to the allegations made in paragraph "249" of the Complaint herein with the same force and effect as though set forth at length.

250. Defendants deny the allegations of paragraph "250" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

251. Defendants deny the allegations of paragraph "251" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

252. Defendants deny the allegations of paragraph "252" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

253. Defendants deny the allegations of paragraph "253" of the Complaint.

254. Defendants deny the allegations of paragraph "254" of the Complaint.

255. Defendants deny the allegations of paragraph "255" of the Complaint.

256. Defendants deny the allegations of paragraph "256" of the Complaint.

257. Defendants deny the allegations of paragraph "257" of the Complaint.

258. Defendants deny the allegations of paragraph "258" of the Complaint.

259. Defendants deny the allegations of paragraph "259" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

260. Defendants deny the allegations of paragraph "260" of the Complaint.

261. Defendants deny the allegations of paragraph "261" of the Complaint because they lack information or belief sufficient to answer the allegations thereof.

262. Defendants deny the allegations of paragraph "262" of the Complaint.

263. Defendants deny the allegations of paragraph "263" of the Complaint.

264. Defendants deny the allegations of paragraph "264" of the Complaint.

## PRAYER FOR RELIEF

Defendants deny that Plaintiffs are entitled to the relief requested. To the extent that any statement in the prayer for relief is deemed factual, it is denied.

## AFFIRMATIVE DEFENSES

Defendants incorporate by reference the foregoing paragraphs in their entirety and assert the following affirmative defenses to the claims set forth in the Complaint. Defendants reserve the right to allege additional Affirmative Defenses as they become known, and accordingly to amend this Answer.

*ANSWER TO COMPLAINT*

090581\2\170348349.v1                                                          Case No: 4:23-cv-02643-JSW

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(First Sale Doctrine)**

Plaintiffs' claims are barred by the exhaustion doctrine/first sale doctrine.

**THIRD AFFIRMATIVE DEFENSE**

**(Consent/Acquiescence)**

Plaintiffs' actions are barred, in whole or in part, under the doctrine of acquiescence.

**FOURTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Plaintiffs' actions are barred, in whole or in part, under the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

**(Statute of Limitation)**

Plaintiffs' actions are barred, in whole or in part, by the applicable statutes of limitation.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver)**

Plaintiffs' actions are barred, in whole or in part, under the doctrine of waiver.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiffs' actions are barred, in whole or in part, under the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE

### (Contribution)

Any damage alleged by Plaintiffs was the result of their own conduct, for which the Defendants bear no legal responsibility.

## NINTH AFFIRMATIVE DEFENSE

### (Bad Faith)

Plaintiffs' claims are estopped, as they are wholly insubstantial and frivolous, and brought in bad faith as an anti-competition device against Defendants.

## TENTH AFFIRMATIVE DEFENSE

### (Authorization)

Plaintiffs' claims are barred because the products at-issue originated from, were manufactured for, or were otherwise made with the authorization of Plaintiffs.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Disclosure)

Plaintiffs' claims against Defendants are precluded due to the presence of disclaimers which provide information to consumers, resolving any issue of consumer confusion as to what is being sold.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Infringement)

Plaintiffs' claims are barred, in whole or in part, because the products at-issue are not materially different than the products sold by Plaintiffs and their alleged "Authorized Sellers," "Authorized Online Sellers," "Authorized Resellers," and/or "Authorized Distributors."

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Personal Jurisdiction)

Plaintiffs' actions are barred because the Court lacks personal jurisdiction over Defendants.

## RELIEF REQUESTED

WHEREFORE, Defendants deny the Plaintiffs are entitled to any relief and specifically to the relief requested and Defendants request relief as follows:

1.     That Plaintiff's Complaint be dismissed with prejudice in its entirety;

2.     That judgment be entered in favor of Defendants and that Defendants be awarded costs to the extent provided by law, and attorney's fees; and

3.     Any such further or other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendants demand a trial by jury of all issues so triable.

Dated: September 1, 2023                          TARTER KRINSKY & DROGIN LLP

By:  */s/ Tyler R. Dowdall*
Tyler R. Dowdall (Bar No. 258950)
*tdowdall@tarterkrinsky.com*
TARTER KRINSKY & DROGIN LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
Telephone: (424) 330-8580
Facsimile: (315) 512-1465

Tuvia Rotberg (*pro hac vice forthcoming*)
*trotberg@tarterkrinsky.com*
Mark Berkowitz (*pro hac vice forthcoming*)
*mberkowitz@tarterkrinsky.com*
Eliezer Lekht (*pro hac vice forthcoming*)
*elekht@tarterkrinsky.com*
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel: (212) 216-8000

***Attorneys for Defendants***

090581\2\170348349.v1

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that on September 1, 2023, I electronically filed the above

3

document(s) with the Clerk of Court using CM/ECF which will send electronic

4

notification of such filing(s) to all registered counsel.

5

6

Dated: September 1, 2023

7

8

By:  */s/ Tyler R. Dowdall*

8

Tyler R. Dowdall

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ANSWER TO COMPLAINT*

090581\2\170348349.v1

Case No: 4:23-cv-02643-JSW